Daniel W. Edwards, Plaintiff in Error, vs. Roderick S.
    Hawkins, Albert Hawkins, Samuel G. Hawkins for
    themselves and for the use of P. F. King and F. B.
    Carter, Defendants in Error.

Writ of error to Circuit Court, Gadsden county,
John W. Malone, Judge.

Ellis & Love, for Plaintiff in Error.

John H. Carter and Wilson & Boone, for Defend-
ants in Error.

This action was brought by the defendants in error
against the plaintiff in error.  There was judgment for
the plaintiffs, and the defendant takes writ of error.
    Judgment affirmed on praecipe of counsel for defend-
ants in error and stipulation of counsel for the respec-
tive parties.

Decision Per Curiam.

(Mr. Justice Carter, being disqualified, took no part
in the decision of this case.)